UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| NEURBY CELENIA DIAZ,<br>    Movant,<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>) | Case No. CV414-272<br>           CR413-150 |

## O R D E R

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than March 21, 2016. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable Lisa Godbey Wood, Chief Judge, on March 22, 2016. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this  7th  day of March, 2016.

                                                                                                        */s/ G.R. Smith*
                                                           UNITED STATES MAGISTRATE JUDGE
                                                           SOUTHERN DISTRICT OF GEORGIA